ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6840
    FAX: (415) 436-7234
    Email: kevin.barry@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 17-CR-00197 MAG |
| Plaintiff, | |
| v. | NOTICE OF DISMISSAL |
| NICHOLAS NICHOLS, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Information against Nicholas Nichols. The Defendant has been on a term of diversion for one year and has successfully completed that term.

DATED: February 12, 2025

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

/s/
*KJB with permission*

_____
MARTHA BOERSCH
Chief, Criminal Division

NOTICE OF DISMISSAL
No. 17-CR-0197 MAG                                                                               v. 8/4/2021

1
2  Leave is granted to the government to dismiss the Information against Nicholas Nichols.
3
4
5  Date: February 14, 2025

HON. LAUREL BEELER
United States Magistrate Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF DISMISSAL
No. 17-CR-0197 MAG                                                                        v. 8/4/2021